JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GARY GERSZT**, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>**SOPHIA ALLEN**; DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 8:19-cv-01873 JLS-ADS<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** |

## ORDER

Pursuant to the parties' stipulation, the Court now rules as follows:

The above-captioned action is dismissed in its entirety, with prejudice. Each party shall bear her/his own attorneys' fees and costs incurred in connection with this action.

DATED: July 28, 2020

Hon. Josephine L. Staton
United States District Judge

2